# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

PARADISE SPA OWNERS ASSOCIATION,

        Plaintiff,

vs.

TH PARADISE, LLC, *et al.*,

        Defendants.

2:16-cv-00525-JCM-VCF

**ORDER**

        Before the Court is the parties' Joint Notice of Settlement of the Entire Action, filed on September 14, 2016. (ECF No. 27). The parties state that they would file a proposed stipulation and order for dismissal within 30 days of their notice of settlement. *Id.* To date, no proposed stipulation and order for dismissal has been filed.

        Accordingly,

        IT IS HEREBY ORDERED that a status hearing is scheduled for 3:00 p.m., December 22, 2016, in Courtroom 3D.

        IT IS FURTHER ORDERED that the proposed stipulation and order for dismissal must be filed on or before December 21, 2016.

        The status hearing will be vacated upon the filing of the proposed stipulation and order for dismissal of all claims.

        DATED this 9th day of December, 2016.

        CAM FERENBACH
        UNITED STATES MAGISTRATE JUDGE