1  Alexander G. LeVeque, Esq., Bar No. 11183
   aleveque@sdfnvlaw.com
2  SOLOMON DWIGGINS & FREER, LTD.
   9060 West Cheyenne Avenue
3  Las Vegas, Nevada  89129
   Telephone: (702) 853-5483
4  Facsimile: (702) 853-5485

5  *Attorneys for Paradise Spa Owners Assn.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| PARADISE SPA OWNERS ASSOCIATION, a Nevada non-profit corporation,<br><br>Plaintiff in Intervention,<br><br>vs.<br><br>PREFERRED BANK, a California Corporation; TH PARADISE, LLC, a California limited liability company; TH PARADISE 2, LLC, a California limited liability company; DOE DEFENDANTS I-X; and ROE CORPORATIONS I-X.<br><br>Defendants in Intervention. | Case No.:   2:16-cv-00525<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(ii)**<br><br>**LR IA 6-2** |
|---|---|

Pursuant to FRCP 41(a)(1)(ii) and Local Rule IA 6-2, it is hereby STIPULATED AND AGREED by and between PARADISE SPA OWNERS ASSOCIATION, TH PARADISE, LLC, TH PARADISE 2, LLC, and PREFERRED BANK, by and through their respective counsel of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

record, that all claims by and between them shall be, and hereby are, dismissed in their entirety with prejudice, with each party to bear their own attorneys' fees and costs.

DATED THIS 16TH DAY OF DECEMBER, 2016.   DATED THIS 16TH DAY OF DECEMBER, 2016.

SOLOMON DWIGGINS & FREER, LTD.   SNELL & WILMER, L.L.P.

By: -- /s/ Alexander G. LeVeque   By: -- /s/ Bob L. Olson
    Nevada Bar No. 11183       Nevada State Bar No. 3783
    9060 West Cheyenne Avenue       3883 Howard Hughes Pkwy., Ste. 1100
    Las Vegas, Nevada 89129       Las Vegas, Nevada 89169
    Telephone: (702) 853-5483       Telephone: (702) 784-5200
    Facsimile: (702) 853-5485       Facsimile: (702) 784-5252

*Attorneys for Paradise Spa Owners Association*   *Attorneys for TH Paradise, LLC, 1TH Paradise 2, LLC, and Preferred Bank*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 19, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, I caused to be served the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE via electronic mail through the United State District Court for the District of Nevada's CM/ECF system to the following at their last known electronic email address:

Kevin S. Sinclair, Esq.
ksinclair@earlysullivan.com
EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
3883 Howard Hughes Parkway, Suite 790
Las Vegas, Nevada 89169

Bob L. Olson, Esq.
bolson@swlaw.com
Charles E. Gianelloni, Esq.
cgianelloni@swlaw.com
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

                               *-- /s/ Alexander G. LeVeque*
                               An employee of Solomon Dwiggins & Freer, Ltd.