# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PARADISE SPA OWNERS ASSOCIATION,

        Plaintiff,

vs.

PREFERRED BANK, *et al.*,

        Defendants.

2:16-cv-00525-JCM-VCF

**MINUTE ORDER**

The Court has granted the Intervenor parties' stipulation and order for dismissal (ECF No. 32).

Accordingly,

IT IS HEREBY ORDERED that the status hearing, scheduled for December 22, 2016 at 3:00 p.m., is VACATED.

IT IS FURTHER ORDERED that the following motions are DENIED as MOOT:

1. Motion to Remand to State Court (ECF No. 8),
2. Motion to Dismiss (ECF No. 11),
3. Motion to Consolidate Cases (ECF No. 24).

DATED this 21st day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE